1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8

9   JAMES D. HARRISON,                          No. C 10-5487 SI (pr)

10            Plaintiff,                         **ORDER OF DISMISSAL**

11       v.

12   WILSON, warden; et al.,

13            Defendants.
                                            /
14

15       On December 3, 2010, this action was opened when the court received from plaintiff a

16   document with a case caption not matching any of his other cases that was labeled "custody" on

17   the first page.  The document consisted of the cover page, followed by a copy of the Inmate-

18   Patient's Orientation Handbook to Health Care Services, a copy of a visitor's questionnaire

19   form, and a copy of a notice in the Madrid class action.  That day, the court sent written notices

20   to plaintiff that he needed to file a completed civil rights complaint form or a habeas petition

21   form and that he needed to file an in forma pauperis application.  He then sent the civil rights

22   complaint form back to the court, leaving it blank except that he had filled in the case caption

23   and his address on the first page, signed the last page, and attached to it a copy of an

24   administrative segregation unit placement notice.  (Docket # 5.)  He then sent in a one-page

25   document with this action's case number on which he had written "save newspaper."  (Docket

26   # 6.)  He also filed an application for leave to proceed in forma pauperis.  (Docket # 4.)

27       The action is DISMISSED for failure to state a claim upon which relief may be granted.

28   Leave to amend will not be granted because it would be futile.  Harrison was already notified

United States District Court
For the Northern District of California

1    by the clerk that he needed to submit a completed complaint, and chose to respond by filing a

2    complaint that was blank and had a prison ad-seg placement notice attached that raised no legal

3    claim.

4         The clerk shall close the file.

5         IT IS SO ORDERED.

6    DATED: January 11, 2011

_____
SUSAN ILLSTON
United States District Judge