UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>WILSON, warden; et al.,<br><br>    Defendants.<br>_____/ | No. C 10-5487 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 11, 2011

_____
SUSAN ILLSTON
United States District Judge